# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

FELTON LOVE (#413666)

VERSUS

N. BURL CAIN, WARDEN

CIVIL ACTION

NO. 13-225-SDD-RLB

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 21, 2013. Petitioner has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, Petitioner's application for habeas corpus relief is dismissed as untimely. Further, in the event that the Petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Baton Rouge, Louisiana, December 12th, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA